UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

$3,091.50
#20083814

---

In re:
BRIAN P. SINCLAIR

    Debtor(s).

Case No. 23-20332-JJT

(CHAPTER 13)

---

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: January 8, 2024

/s/ Roberta Napolitano, Trustee
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

## EXHIBIT A

Case Name: BRIAN P. SINCLAIR
Case Number: 2320332

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| BRIAN P. SINCLAIR<br>P. O. BOX 75<br>BERLIN, CT 06037 | 899 | | | $3,091.50 |